UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HAROLD JOSEPH AUGUSTIN
(#154057)

CIVIL ACTION

VERSUS

NUMBER 08-802-FJP-DLD

LYNN COOPER, ET AL

### JUDGMENT

For written reasons assigned;

IT IS ORDERED that petitioner's motion to transfer to the Eastern District of Louisiana is denied and this action is dismissed without prejudice.

Baton Rouge, Louisiana, January 22, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA